IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew Eversole being first duly sworn, hereby deposed, and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since April of 2021. As such, I am an investigative or law enforcement officer of the United Stated within the meaning of 18 U.S.C. § 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have received training and have gained experience in all aspects of law enforcement, including interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have not included every detail of every aspect of my training, education, and experience but have highlighted those areas most relevant to this affidavit.

2. The information contained in this affidavit details a summary of the investigative efforts that led to the arrest of Dustin STUMP. I am familiar with the facts and circumstances of this case. The facts set forth in this affidavit are based: on my personal observations; knowledge obtained from other agents and other individuals; my review of documents related to this investigation; oral and written communications with others who have personal knowledge of the events and circumstances described herein; and review of public source information, including information available on the Internet. Since this affidavit is being submitted for a limited purpose, I have not included each and every fact I know concerning this investigation. Rather, I

have set forth only the facts that relate to the issue of whether probable cause exists to support the issuance of the requested criminal complaint. Where statements of others or the contents of records are related herein, they are related in substance and in part, except where otherwise indicated. Dates, times, figures, and calculations reported in this affidavit are approximate.

3. On May 4, 2023, Special Agents with the ATF were contacted by fellow law enforcement officers regarding a potential violent threat posed by one Dustin STUMP. According to information provided to investigators, STUMP had been an employee of Tower Automotive in Bardstown, Nelson County, Kentucky, and STUMP resigned on or about April 26th, 2023. After the termination of his employment, STUMP made threats towards employees of Tower Automotive which led to an investigation by the Bardstown Police Department (BPD) in Nelson County, Kentucky.

4. On May 4th, 2023, STUMP traveled to Kentucky Gun Company and purchased four high-capacity 30 round ammunition magazines for an AR-style rifle and several boxes of ammunition. The transaction was captured on store video surveillance camera recordings and was viewed by investigators. According to criminal history database records, STUMP has been convicted of the felony charges of Wanton Endangerment 1st Degree-Police Officer, Convicted Felon in Possession of a Handgun, and Receiving Stolen Property (Firearm), in Nelson County Circuit Court, Kentucky and sentenced to five years' incarceration (Case Number 18-CR-00421). Under United States Code, STUMP is prohibited from possession of ammunition under 18 U.S.C. § 922(g)(1).

5. That same day, investigators located and conducted a post-Miranda interview of STUMP, who admitted to purchasing the ammunition from Kentucky Gun Company. At the conclusion of the interview, investigators with BPD obtained a state search warrant for

STUMP's residence located at 143 Valley View Drive, Bardstown, Kentucky 40004. During the execution of the search warrant, investigators recovered an Anderson Manufacturing, Model: AM-15, 5.56 caliber rifle, Serial Number: 23010931, an American Tactical, 12GA shotgun, Serial Number: 0517230101004192, a large quantity of .223 caliber ammunition, nine AR magazines, eight 12GA ammunition, three AR magazines with ammunition, a camouflage vest, targets, box for a Reflex Red Dot Sight, mail matter, Case Guard, and vape pen.

6. After the execution of the search warrant, ATF Special Agent, and BPD Detective (Det.) Eric Williamson conducted an interview of STUMP at Nelson County Jail located at 810 West Stephen Foster Avenue, Bardstown, Kentucky 40004. STUMP was advised of his Miranda Warnings prior to the interview and agreed to speak to investigators. STUMP acknowledge he was a convicted felon. STUMP stated he was at his grandfather's residence located at 115 Burk Thompson Lane, Coxs Creek, Kentucky on either Sunday April 30th, 2023, or Monday May 1st, 2023. STUMP said he shot the firearms discovered at his residence. STUMP stated he brought the firearms to his residence to clean. STUMP stated he purchased the ammunition from Kentucky Gun Company.

7. Examinations on the interstate nexus of the firearms and ammunition are pending.

## CONCLUSION

8. Based on the foregoing, there is probable cause to believe that on or about May 4, 2023, Dustin STUMP knowingly and intentionally purchased and possessed ammunition, and possessed firearms, therefore committing the offense of 18 U.S.C. § 922(g)(1). I therefore respectfully request the issuance of the proposed arrest warrant.

Respectfully submitted,

s/Matthew Eversole
_____
Matthew Eversole
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) on the 5th day of May 2023.

_____
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE