# Exhibit 1

Judge Simpson,

I am writing to you on behalf of my son, Dustin Stump. The man my son is today is unrecognizable to the man he was 5 years ago. He's overcome the obstacles that stood in his way. Today my son is the backbone of our family. He's very dependable and reliable. He's the first person to help not only myself, but his elderly grandfather as well. The voice of reason his siblings listen, respect, and look up to. Dustin recently married his best friend, Ashley, and took on the role of husband and provider with enthusiasm.

    I understand that no one is above the law, and he must be held accountable for his actions. It is my hope that you will take into consideration the void our entire family feels with Dustin being incarcerated. It's having a very negative effect on all of us. You're Honor, I love my son and he's truly my best friend. Please send him back to us as quickly as the law allows.

Sincerely,

Billie Aldridge

██████████████

August 31st, 2023
