# Exhibit 2



The Honorable Judge Simpson

I am writing this letter in regard to Mr. Dustin Stump. Mr. Stump and I have been married for almost a year and have known each other for nearly 3. Dustin comes from a background of trauma and substance abuse. He has spent the last 3 years working on said issues with a strong support system by his side. I have witnessed him evolve into a strong, respectable man. He was seeing a counselor twice a month and on medically assisted treatment. He was/is eager for our future.

Dustin is a hard worker who has begun to seek a career in masonry or heavy machinery. He provided health insurance and life insurance for him and I. I say that to showcase his character. He is a family man. A provider. He is caring, kind, and compassionate. My husband is a good man. An honest and giving man that would give someone the shirt off his back. I ask that you take all these things into consideration before final sentencing. Thank you.

Sincerely,
Ashley M. Stump, CADCA1
Counselor, Prodigal Counseling Services

August 30th, 2023