# Exhibit 3

# Prodigal Ministries, Inc.

P.O. Box 1484
Crestwood, KY 40014



**Board of Directors**

*President*
Tony Ford
*Vice President*
Jim Pullen
*Treasurer*
Don Mattern
*Secretary*
Brendan Bergin

*Executive Director*
Scott Bartelt
Eboniece Bright
Katie Hagan
David Harris
Henry Lucas
Kris Robbins
Bob Schiavone
Chris Smith
Joey Spaulding
Greg Thomas

**McCauley House**
Crestwood, Kentucky

**Prodigal West**
Louisville, Kentucky

**Prodigal East**
Louisville, Kentucky

**Wright House**
Buckner, Kentucky







August 25, 2023

Jennifer Partin
P.O. Box 1484
Crestwood, Ky. 40014

RE:  Dustin Stump

To Whom It Concerns

My name is Jennifer Partin, Director of Programs and Ministry for Prodigal Ministries, Inc. I am writing to support Dustin Stump who has been charged before your court.

I have known Dustin for over 2 years and only known him to be a loving husband and stepfather, a dutiful son, and hard worker to support his family. His wife, Ashley, is a dear friend and coworker in the ministry.
For this reason, I am determined to help Dustin and write this letter of reference for him regarding this matter. I understand the seriousness of the situation, however, I hope some leniency will be shown.

In the short time he has been incarcerated, I have seen him remorseful and humbled. I often see God use this time to redeem and renew a life through Bible study and prison ministries. This is our hope and prayer for Dustin and his family during this time, however long it may be.

Respectfully,
*Jennifer Partin*

Jennifer Patin
Director of Programs and Ministry
Prodigal Ministries, Inc.
www.prodigalky.org
502-645-1023

"I needed clothes, and you clothed me, I was sick and you looked after me, I was in prison and you came to visit me." – Matthew 25:36