# Exhibit 4

To whom it may concern:

I, Sharon Bryan, am writing this letter to provide a character reference for Mr. Dustin Stump. I know Dustin as a friend and coworker from Tower Automotive. We worked together for 2 years. Dustin is a good person. He has always been kind, hardworking, and willing to help others when needed. Dustin is also an enthusiastic, sensible, and gratefuk person. I can confirm that in all the time I have known him, Dustin has been reliable, trustworthy, and has treated everyone with respect. I am hoping that you will give Dustin the opportunity for another chance and that you will make a fair decision.

Sincerely,
Sharon Bryan