# Exhibit 5

To Whom it May Concern:

Dustin Stumph was an employee for Mammy's Kitchen from 2021 to 2022. Letting me know his background immediately, he came in and humbly asked for any position available and would work any hours possible. During his employment here he was one of the most trustworthy employees I've ever had.

We went several places together hauling many pieces of furniture, restaurant stock and holiday furniture for the business among his duties to the restaurant in his dish area. I put my trust in him immediately and he in me. He talked frequently about his family and especially his grandfather whom he looked up to. I felt very close to Dustin, because I have a younger son who he reminded me of. Troubled as a young man but by no definition someone I saw that wanted to turn around his life around, and I wanted to support him and his determination in anyway I could.

I believe Dusin is one of the "employees" that I'll always be friends with for the rest of my life. I have hired his wife part-time (and so glad to have her) and his stepson (whom again, I have grown very close to). Whomever Dustin refers to me for my business, I don't ask questions. I know he looks out for me, and I'll always look out for him. I know FOR SURE 100% he means NO HARM to anyone EVER!!! He's paid his dues without any question! Did he make a mistake, yes-maybe, but I know without any doubt he does NOT need to be where he is.

He really needs to be in his community and help others to give back, and that's exactly what Dustion will undoubtedly do. Dustin represents the person who has changed his life and has become the upstanding young man he was always meant to be…, does that make him that "perfect" person? No, it makes him a normal human being.

I am making a plea to the courts to allow Dustin a much lighter sentence or none. I understand what it is to have a new life, I've been there myself and if it were not for the kind folks like yourselves helping me, I would not be where I am today. I could not Give Back to the Community, I could not own my own business or could I have a profound effect on others like Dustin. He will become that person as well. WE (you and me) are those people who stand up for these guys. Do WE make mistakes…, you best believe it, I have made many-some I'd rather forget then learn from and I'm sure Dustin feels the same way. We are advocates for each other and I will advocate for Dustin. But you best believe he will be "one day" advocating for someone. He is the type that will keep on giving and giving. Don't let some young man or some young women miss out on "a" Dustin being able to HELP turn their life around.

We are all here to help someone else, don't let the opportunity pass without Dustin!

P.S. His support system from his wife Ashley and his family is exactly what he needs in his life. He would never ever put any of them in harms way, I'll vouch for that!

Sincerely,

Christy Clark, Owner
Mammy's Kitchen