UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                PLAINTIFF

v.                                CRIMINAL ACTION NO.  3:23-CR-57-CRS

**DUSTIN STUMP**                                                          DEFENDANT

AMENDED SENTENCING MEMORANDUM
*-Filed Electronically-*

      Comes the United States of America, by counsel, Assistant United States Attorney Joshua R. Porter, and files this amended sentencing memorandum in this action currently scheduled for a sentencing hearing on September 26, 2023.  The United States has no objections to the offense conduct, guideline level calculation, or criminal history calculation set forth in the PSR (DN 20).  However, after filing its original Sentencing Memorandum, the undersigned was reminded by defense counsel that the United States had agreed to recommend 27 months based on what the parties believed the guideline range to be at the time of the change of plea.  Therefore, to honor that agreement the United States will ask this Court to impose a sentence of 27 months imprisonment.

CONCLUSION

      WHEREFORE, based on the reasons set forth above, the United States respectfully requests the Court to impose a sentence which is consistent with the plea agreement.

                                       Respectfully submitted,

                                       MICHAEL A. BENNETT
                                       United States Attorney

                                       *s/Joshua R. Porter*

>Joshua R. Porter
>Assistant United States Attorney
>717 West Broadway
>Louisville, Kentucky  40202
>PH:  (502) 779-2759
>Cell: (502) 537-2038
>Email: joshua.porter@usdoj.gov

## CERTIFICATE OF SERVICE

  It is hereby certified that on September 25, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the counsel for defendant.

>*/ s/ Joshua R. Porter*
>Joshua R. Porter
>Assistant United States Attorney